ORIGINAL

FILED

09/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0447

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0447

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DENNIS JAY HOBBS,

Defendant and Appellant.

FILED

SEP 1 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Dennis Jay Hobbs has filed a verified Petition for Out-of-Time Appeal, indicating that he improperly filed a Notice of Appeal with the District Court. He further indicates that he failed to file the Notice of Appeal because he "has been pursuing the issues in this criminal case for the last seven (7) years without the assistance of counsel[.]"

Hobbs raises various claims of constitutional violations, including search, seizure, and due process. He challenges his plea agreement and the State's prosecution. Hobbs maintains that the seizure of property, specifically guns and ammunition, was improper and should be returned to his father. Hobbs requests review by this Court due to "the manifested justice[.]" Hobbs includes a copy of a March 7, 2022 Order denying his motion for relief in two criminal cases, issued in the Twentieth Judicial District Court, Lake County.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]" "Extraordinary circumstances do not include mere mistake, inadvertence, or excusable neglect." M. R. App. P. 4(6).

This Court has reviewed Hobbs's criminal cases before. Through counsel, Hobbs appealed his felony convictions and sentences imposed in October 2014. *See State v.*

*Dennis Jay Hobbs*, No. DA 14-0771 and No. DA 14-0773. In 2016, his counsel moved to withdraw citing *Anders v. Ca.*, 386 U.S. 738, 87 S. Ct. 1396 (1967), and provided a brief, concluding that his appeals had no merit. After an independent review, this Court concluded that there are no arguments with potential legal merit and dismissed his appeals. *State v. Hobbs*, No. DA 14-0771, Order, at 1 (Mont. Jul 5, 2016) and *State v. Hobbs*, No. DA 14-0773, Order, at 1 (Mont. Aug. 30, 2016).

Representing himself, Hobbs appealed the Lake County District Court's denial of his petition for postconviction relief. Hobbs raised issues of due process and ineffective assistance of counsel as well as arguing that "the State breached its plea agreement promise to return firearms seized during the search of his home and vehicle . . ." in his petition. *Hobbs v. State*, No. DA 17-0332, 2018 MT 168N, ¶ 4, 2018 Mont. LEXIS 226. "The State point[ed] out that Hobbs was aware that the ATF had seized the large cache of weapons and ammunition from his home and vehicle on May 19, 2014, weeks before Hobbs executed the June 26, 2014 plea agreement." *Hobbs*, ¶ 8. We affirmed the District Court, concluding that the court was correct in summarily dismissing his petition. *Hobbs*, ¶ 10.

Hobbs is not entitled to an out-of-time appeal after having had prior appeals with this Court. M. R. App. P. 4(6). This Court has addressed Hobbs's issues previously. Hobbs is precluded from relitigating his criminal convictions, the State's prosecution, and the plea agreement, pursuant to the doctrines of res judicata and collateral estoppel. "In contrast to res judicata, collateral estoppel bars relitigation of an issue of fact or law previously litigated in a prior proceeding by the same parties or their privies, whether under the same or a different legal claim." *State v. Huffine*, 2018 MT 175, ¶ 16, 392 Mont. 103, 422 P.3d 102. The District Court's March 7, 2022 Order stated that his issues had been addressed. Hobbs has had appellate review of his criminal cases, and the rule of law seeks finality, not constant litigation, here. *Huffine*, ¶ 15. Therefore,

IT IS ORDERED that Hobbs's Petition for an Out-of-Time Appeal is DENIED and DISMISSED.

IT IS FURTHER ORDERED that the Clerk of the Supreme Court shall CLOSE this matter as of the date of this Order.

The Clerk of the Supreme Court is also directed to provide a copy of this Order to counsel of record and to Dennis Jay Hobbs personally.

DATED this 13th day of September, 2022.

_____

_____

_____

_____

_____
Justices